# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00641-CV

**In re William Andrew Allen**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

For the reasons stated in our opinion in *Allen v. Allen*, 03-11-00685-CV, at n.7 (Tex.

App.—Austin 2013), issued this same date, the application for writ of mandamus is denied. *See* Tex.

R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Filed:   October 23, 2013